EDWARD FUCHS, Appellant, v. EDWARD A. WATERS and Another, Respondents. — Judgment affirmed with costs. All concur. (The judgment affirms a City Court judgment dismissing a complaint in an action in replevin.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MAYE M. BULL, as Executrix, etc., of WILLIAM P. BULL, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 18802.) — Judgment affirmed, with costs. All concur. (The judgment dismisses a claim for damage to real estate by blocking of culvert.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of ANTONINA KORDOS, Petitioner, for a Certiorari Order against NEW YORK STATE ALCOHOLIC BEVERAGE CONTROL BOARD, Respondent. — Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari to review revocation of license to sell intoxicating beverages.) Present — Sears, P. J.; Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of HARRY H. EVANS, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY and Others, Constituting the State Liquor Authority of the State of New York, Respondents. — Determination confirmed, with fifty dollars costs and disbursements. All concur. (Certiorari to review revocation of license to sell intoxicating beverages.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ELLA JOHNSON, Respondent, v. JAMES F. MORGAN, Appellant. — Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and a new trial on the ground that the finding of the jury that the defendant was negligent was contrary to the evidence. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LORIA and Another, Appellants. — Judgment of conviction affirmed. All concur, except Thompson, J., who dissents and votes for reversal on the law and dismissal of the indictment upon the ground that there is no legal proof in the case from which the jury could find a verdict of guilty of the crime charged; and Crosby, J., who dissents and votes for reversal on the facts and for a new trial on the ground that the guilt of the defendants was not proved beyond a reasonable doubt. (The judgment convicts defendants of the crime of criminally receiving stolen property.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MARIE BOYNE, Respondent, v. CITY OF BUFFALO, Appellant. — Judgment affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the facts and a new trial on the ground that the finding of negligence is against the weight of the evidence. (The judgment awards damages for personal injuries caused by tripping on city crosswalk.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

J. NELSON JONES, Respondent, v. JACOB ZELLNER and Others, Doing Business as LINCOLN FARMS, Appellants. — Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion to change the place of trial.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.